■ In the Matter of JOSEPH S. GONCALVES, JR., Petitioner, v
GLENN S. GOORD, as Commissioner of Correctional Services, et
al., Respondents. [733 NYS2d 924] —Proceeding pursuant to
CPLR article 78 (transferred to this Court by order of the
Supreme Court, entered in Albany County) to review a deter-
mination of respondent Superintendent of Attica Correctional
Facility which found petitioner guilty of violating certain prison
disciplinary rules.

Petitioner challenges a determination finding him guilty of
violating the prison disciplinary rules that prohibit violent
conduct, fighting and disobeying a direct order. Initially,
inasmuch as petitioner pleaded guilty to the charge of fighting
and disobeying a direct order, he is precluded from challenging
the evidentiary basis for the determination finding him guilty
of these charges (*see, Matter of Perez v Selsky,* 284 AD2d 760).
Turning to the remaining charge, we find that the misbehavior
report and petitioner's guilty plea provide substantial evidence
to support the charge of violent conduct (*see, Matter of Foster v*

*Coughlin*, 76 NY2d 964, 966; *Matter of Mateo v Goord*, 265 AD2d 772). Finally, even if preserved for our review (*see, Matter of Giakoumelos v Coughlin*, 192 AD2d 998, *lv denied* 82 NY2d 658), we would reject petitioner's contention that the Hearing Officer was biased due to a "strong personal animosity" toward petitioner.

Mercure, J. P., Crew III, Spain, Mugglin and Rose, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.